FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

MC 05 - 00136

IN THE MATTER OF THE APPLICATION )
OF:                              )
                                 )  **PETITION FOR ADMISSION**
MICHAEL D. FLYNN, JR.            )       **TO PRACTICE**
                                 )
                                 )
                                 )
                                 )

**COMES NOW** Petitioner and states the following under the penalties of perjury:

Petitioner's full name: __MICHAEL D. FLYNN, JR.__

Petitioner's Social Security Number: __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__

Petitioner was born at __Los Angeles, California__

_____ on the __3rd__ day of __October__, __1958__

Petitioner's residence address is __1405 Flora Pago Gardens Condominiums,__
__Chalan Pago, Guam 96910__

Petitioner's business address is __MAHER YANZA FLYNN TIMBLIN, LLP__
__115 Hesler Place, Ground Floor, Governor Joseph Flores Building,__
__Hagatna, Guam 96910-5004__

Petitioner graduated from college at __University of Hawaii at Manoa__

AO 72
(Rev. 08/82)

_____ in __1981__, and graduated from law school

at __Franklin Pierce Law Center__ in __1996__,

with a degree of __Juris Doctor__.

Petitioner has been duly admitted to practice in the following courts on the dates indicated:

| Jurisdiction | Admission Date | Registration Or Bar Number |
|---|---|---|
| Guam Bar Association | 07-16-97 | 97012 |
| CNMI Bar Association | 11-18-97 | F0203 |
| California Bar Association (inactive) | 12-03-96 | 184930 |
| U.S. District Court, District of Guam | 10-10-97 | |
| U.S. Court of Appeals, Ninth Circuit | 08-09-99 | |
| Palau Bar Association | 04-12-02 | 131 |

Petitioner's International Standard Lawyer Number (ISLN) is: __N/A__.

Petitioner represents that he or she has not been suspended for misconduct or for any other cause, and has not been denied admission to practice before any court or has ever withdrawn a petition to practice before any court.

**WHEREFORE**, Petitioner asks that this petition to practice before the United States District Court for the Northern Mariana Islands be granted.

**DATED** this __28th__ day of __October__, __2005__.

_____
Petitioner's Signature

AO 72
(Rev. 08/82)

