FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In Re: Admission of MICHAEL D. FLYNN, JR., TO PRACTICE BEFORE THE U. S. DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS. | Miscellaneous Case No. <br><br> 05-00136 <br><br> ORDER AND REQUEST |

Whereas Michael D. Flynn, Jr., of Maher, Yanza, Flynn, Timblin, LLP, Guam, has met all of the requirements for admission as an attorney in the District Court of the Northern Mariana Islands save only taking of the oath,

Whereas, Judge Alex R. Munson of the U. S. District Court for Northern Mariana Islands prescribes that the following oath shall be administered by the clerk of the court or an authorized deputy:

"I solemnly swear ( or affirm) that I will support the Constitution and laws of the United States; that I will bear true allegiance to the United States Courts and Judicial Officers; and that I will conduct myself conscientiously as an attorney of this Court."

IT IS ORDERED that the taking and subscribing of the prescribed oath before the Clerk of Court or an authorized deputy clerk for the District Court of the Territory of Guam shall serve as full compliance with Local Rule 83.5, and it is

RESPECTFULLY REQUESTED the Clerk of that Court or an authorized deputy

AO 72
(Rev. 8/82)

clerk for the District Court for the Territory of Guam shall, at his convenience, preside at, and certify to, the taking and subscription of the oath by Michael D. Flynn, Jr. return to this Court a certificate to that effect hereunto annexed as Exhibit "A.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)

EXHIBIT A

TO: The United States District Court for the Territory of Guam, Mary Moran, Clerk of Court presiding, in re Admission of Michael D. Flynn, JR.

I SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL SUPPORT THE CONSTITUTION AND LAWS OF THE UNITED STATES; THAT I WILL BEAR TRUE ALLEGIANCE T THE UNITED STATES; THAT I WILL MAINTAIN DUE RESPECT FOR UNITED STATES COURTS AND JUDICIAL OFFICERS; AND THAT I WILL CONDUCT MYSELF CONSCIENTIOUSLY AS AN ATTORNEY OF THIS COURT.

SO HELP ME GOD

_____
Michael D. Flynn, Jr.

_____
Judge or Clerk

AO 72
(Rev. 8/82)